HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILLIP KOECKRITZ, et al.,

    Plaintiffs,

  v.

AMAZON.COM INC., et al.,

    Defendants.

CASE NO. C13-411RAJ

ORDER

The court DENIES Plaintiffs' motion to appoint counsel. Dkt. # 5. There is no right to appointed counsel in civil cases. In civil cases involving litigants proceeding in forma pauperis, the court has discretion to appoint counsel, but only in exceptional circumstances. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009); 28 U.S.C. § 1915(e). The court must consider the likelihood that the litigant will succeed on the merits as well as the litigant's ability to articulate his claims in light of their complexity. *Palmer*, 560 F.3d at 970. Considering these factors, the court declines to appoint counsel in this case.

//

//

//

//

//

ORDER – 1

1   The court also notifies Plaintiff Phillip Koeckritz that although he may represent himself in this case, he may not represent Epitome, Inc., the other Plaintiff.  *See* Local Rules W.D. Wash. LCR 83.2(b)(3) ("A business entity, except a sole proprietorship, must be represented by counsel.").  Epitome, Inc. shall either obtain counsel within 30 days of this order, or the court will terminate it as a party in this case.

DATED this 2nd day of April, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2