HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

PHILLIP KOECKRITZ, et al.,

    Plaintiffs,

    v.

AMAZON.COM INC., et al.,

    Defendants.

CASE NO. C13-411RAJ

ORDER

    On April 2, the court issued an order (Dkt. # 8) explaining that Epitome, Inc., one of the Plaintiffs in this action, may not appear pro se in this action. The court stated that it would terminate Epitome, Inc. as a party if it did not obtain counsel within 30 days.

    30 days have passed, and Epitome, Inc. has not obtained counsel or indicated that it intends to obtain counsel. The court accordingly directs the clerk to TERMINATE Epitome, Inc. as a party in this action.

    DATED this 3rd day of May, 2013.

_____
The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1